```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-7169
 7
    Attorneys for Defendant
 8
 9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION
12
    ABDULAZIZ ABDULAZIZ.             )
13                                   )
               Plaintiff,             )    No. C 05-3655 SI
14                                   )
         v.                           )
15                                   )
    DAVID STILL, District Director, San Francisco )  STIPULATION TO DISMISS; AND
16  District Office, U.S. Citizenship & Immigration )  [PROPOSED] ORDER
    Services,                        )
17                                   )
               Defendant.             )
18                                   )
```

19    Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of

20 record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

21 the adjudication of Plaintiff's adjustment of status application.

22    Each of the parties shall bear their own costs and fees.

23 Date: November 17, 2005                           Respectfully submitted,

24                                                  KEVIN V. RYAN
                                                    United States Attorney
25

26
                                                    /s/
27

28

Stip. to Dismiss
C 05-3655 SI

| | |
|---|---|
| 1 | EDWARD A. OLSEN[1] |
| 2 | Assistant United States Attorney<br>Attorneys for Defendant |

Date: November 18, 2005

/s/
JOHN R. PERRY
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: Nov. 21. 2005

SUSAN ILLSTON
United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Perry and I have signed this stipulation and will produce the original signed copies upon request.

Stip. to Dismiss
C 05-3655 SI